**IN THE SUPREME COURT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : NO. 928 |
| | : |
| APPOINTMENT TO THE CONTINUING | : SUPREME COURT RULES DOCKET |
| LEGAL EDUCATION BOARD | : |

**ORDER**

**PER CURIAM**

  **AND NOW**, this 15th day of December, 2022, Libby A. White, Esquire, Philadelphia, is hereby appointed as a member of the Continuing Legal Education Board for a term of three years, commencing January 1, 2023.